IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 JAN 29 PM 1:06

MARGARET BOTKINS, CLERK
CASPER

| | |
|---|---|
| JM MASCARO LIVESTOCK, LLC, JUSTIN MASCARO, <br><br> Plaintiffs, <br><br> VS. <br><br> MACY J BRYAN f/k/a MACY J MASCARO, <br><br> Defendant, | Case No. 23-CV-43 |

ORDER DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion to Dismiss Case with Prejudice (ECF No. 50), filed January 29, 2024. The parties stipulate to the dismissal with prejudice of Plaintiffs' complaint and all claims and causes of actions against Defendant, and each party to bear its own costs and attorney fees. (*Id.*)

THEREFORE IT IS ORDERED that this case is hereby dismissed with prejudice pursuant to the parties Stipulated Motion to Dismiss Case with Prejudice (ECF No. 50). All other pending matters in this case are DENIED AS MOOT.

Dated this 29th day of January, 2024.

Scott W. Skavdahl
United States District Judge